IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **KRISTINE BAILEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CAUSE NO. 06-CV-4025-WDS |
| | ) | |
| **JOHNSON & JOHNSON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## O R D E R

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and

**TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: February 15, 20006.**

s/ WILLIAM D. STIEHL
DISTRICT JUDGE